# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| LAWRENCE EDDIE HINKLE, JR., | ) |
| Petitioner, | ) |
| v. | ) Case No. 5:21-cv-559-ACA-GMB |
| WARDEN BALDWIN, *et al.*, | ) |
| Respondents. | ) |

## **MEMORANDUM OPINION**

On January 25, 2022, the magistrate judge entered a report recommending that the court deny this petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254. (Doc. 11). Although the magistrate judge advised the parties of their right to file objections within fourteen days, the court did not receive timely objections.

After the time for objections had passed, Petitioner Lawrence Eddie Hinkle, Jr. filed a motion for a ninety-day extension of time to file objections. (Doc. 12). Mr. Hinkle's motion did not address why he needed such a lengthy extension, but given Mr. Hinke's *pro se* and incarcerated status, the court granted in part and denied in part the motion and ordered Mr. Hinkle to file objections on or before March 16, 2022. (Doc. 13). To date, Mr. Hinkle has not filed objections.

After careful consideration of the record in this case and the magistrate judge's report, the court finds that the claims presented in this matter are due to be dismissed

with prejudice and that a certificate of appealability is due to be denied. Accordingly, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation.

The court will enter a separate order consistent with this memorandum opinion.

**DONE** and **ORDERED** this March 24, 2022.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE